No. 78–1531. Franzen, Correctional Superintendent, et al. v. Allen. C. A. 7th Cir. Motion of respondent for leave to proceed in forma pauperis and certiorari granted.

918

Judgment vacated and case remanded for further consideration in light of *Jenkins* v. *Anderson, ante,* p. 231. 